# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                          NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                 DEFENDANT

## ORDER

The joint motion for release of funds filed by Barry J. Jewell and Heather M. Jewell, *pro se*, is GRANTED. Document #334. The Clerk is directed to apply the $25,000.00 deposited into the registry of the Court, along with all interest earned thereon, toward the payment of the fine and costs assessed against Barry J. Jewell in this action.

IT IS SO ORDERED this 8th day of September, 2011.

                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE