# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                  NO. 4:07CR00103 JLH

BARRY J. JEWELL                                                                       DEFENDANT

## ORDER

Without objection, Barry J. Jewell's motion for early termination of supervised release is granted. Document #346. Jewell is hereby released from supervision.

IT IS SO ORDERED this 9th day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE